UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 11-01234 JVS (ANx) | Date | October 4, 2013 |
| Title | IP Power Holdings Ltd. v. Bam Brokerage Inc., et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   **Order to Show Cause to Defendant**

The Court ORDERS the defendant, BAM Brokerages, Inc., to SHOW CAUSE, in writing, not later than October 25, why the answer should not be stricken and default entered and/or sanctions imposed for failure to comply with the Court's Order of June 20, 2013 requiring an appearance of new counsel within 30 days.

The Court will accept a filed Notice of Appearance of new counsel as an adequate response to this Order to Show Cause.

**cc:**   **Mr. Brian Horowitz c/o**
**BAM Brokerage, Inc.**
**26741 Portola Pkwy Ste. 1E**
**Foothill Ranch, CA 92610**

I hereby certify that a true and correct copy of this document was served by First Class Mail on the party indicated above, at their most recent address of record in this action on Friday, October 4, 2013.

*[signature: Karla J. Tunis]*
Deputy Clerk

|   |   : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |