**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7611
FACSIMILE 213-624-1376

Reid E. Dammann (State Bar No. 249031)
r.dammann@mpglaw.com

JS-6

Attorneys for IP Power Holdings Limited, LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IP Power Holdings Limited, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> BAM Brokerage, <br><br> Defendant. | Case No. SACV 11-1234 JVS (JPRx) |

On September 25, 2014 this Court, the Honorable Judge Selna presiding, granted in part and denied in part, Plaintiff's Renewed Application for Entry of Default Judgment.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

1.  Judgment is hereby entered in favor of Plaintiff IP Power Holdings Limited Ltd.;

2.  Plaintiff IP Power Holdings Limited Ltd. shall recover compensatory damages in the amount of $30,229.73;

3.  Plaintiff IP Power Holdings Limited Ltd. shall recover costs incurred in the amount of $2,238;

4.  Plaintiff IP Power Holdings Limited Ltd. shall recover post-judgment interest where said interest shall accrue on the judgment at the rate set forth in § 1961 beginning on the date the judgment is entered until the date it is paid; and

5.  Defendant Bam Brokerage, Inc. shall be bound by the entered Permanent Injunction:

    A.  Plaintiff IP Power Holdings Limited Ltd. is the owner of all right title and interest to U.S. Patent No. 5,975,626, entitled "Cross-Member Supporter for Foldable Furniture," issued on November 2, 1999 (Reexamination Certificate Issued on August 21, 2012) ("the '626 patent").

    B.  Defendant Bam Brokerage, Inc., together with its current and former officers, agents, members, managers, parents, subsidiaries, affiliates, shareholders, directors, predecessors, successors, assigns, servants, employees, consultants, engineers, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Permanent Injunction, are hereby restrained and enjoined, pursuant to 35

U.S.C. § 283 and Fed. R. Civ. P. 65, from making, using, offering to sell, or selling in or from the United States, or importing into the United States, the Bam Brokerage, Inc. "Kingpin Chair," either alone or in combination with any other product, and all other products that are only colorably different from the Bam Brokerage, Inc. Kingpin Chair, in the context of claims 1 - 16 of the '626 patent, whether individually or in combination with other products or as part of another product, and from otherwise infringing, contributing to the infringement of, or inducing others to infringe claims 1 - 16 of the '626 patent.

    C.    Bam Brokerage, Inc. together with its current and former officers, agents, members, managers, parents, subsidiaries, affiliates, shareholders, directors, predecessors, successors, assigns, servants, employees, consultants, engineers, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Permanent Injunction, are hereby restrained and enjoined, pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65, from supplying or causing to be supplied from the United States a substantial portion of the components needed to make, or any components that are especially made or especially adapted for use in, the Bam Brokerage, Inc. Kingpin Chair or any product that is only colorably different from the Bam Brokerage, Inc. Kingpin Chair in the context of claims 1 - 16 of the '626 patent;

    D.    Within 30 days from the entry of this Permanent Injunction, Bam Brokerage, Inc. shall send written notice of this Permanent Injunction to:

    1.    The employees, officers, members, managers, consultants, engineers and creditors of Bam Brokerage, Inc.

    2.    Each authorized distributor, each authorized dealer, each

1 | authorized reseller, and each authorized sales representative of Bam Brokerage, Inc. including Sam's Club/Walmart, Inc, Amazon.com, LLC and Wayfair, LLC.

E.  Bam Brokerage, Inc. shall provide to IP Power Holdings Limited Ltd. within 3 business days of entry of this Permanent Injunction a list of Bam Brokerage, Inc.'s customers from September 9, 2010 to the present that includes the following information: customer, agency name, city, state and, if known, contact e-mail address.

F.  This Permanent Injunction shall expire upon the expiration of the '626 patent.

G.  The Court shall retain jurisdiction over Bam Brokerage, Inc. and its current and former officers, agents, members, managers, parents, subsidiaries, affiliates, shareholders, directors, predecessors, successors, assigns, servants, employees, consultants, engineers, and attorneys to enforce any and all aspects of this Permanent Injunction.

SO ORDERED this 9th day of October, 2014

_____
United States District Judge
Honorable James V. Selna